**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED DEC 1 2 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy

UNITED STATES OF AMERICA  v.  CHRISTOPHER ROBERT LOUIS GLECKLER

THE HONORABLE JOHN W. SEDWICK     CASE NO.  A04-0139 CR (JWS)

Deputy Clerk                      Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court will conduct a status conference to address defendant's compliance with the terms of his probation at 8:00 AM on Tuesday, December 20, 2005.

DATE: December 12, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A04-0139--CR (JWS)   12-12-05

✓ M. DIEHI (FPD)
✓ R. RANDALL (AUSA)       — US PROBATION
✓ US MARSHAL

47