MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs    CHRISTOPHER ROBERT LOUIS GLECKLER
CASE NO.     3:04-CR-00139-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:        MIKE DIENI, APPOINTED

U.S.P.O.:                    MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             Held 02/10/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

 X Copy of Initial Appearance on Petition to Revoke Probation given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges, and penalties.

 X Defendant states true name:    Same as above.

 X Financial Affidavit filed; Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** Allegation 1 and Defendant **ADMITTED** Allegation 2 of the Petition to Revoke Probation.

 X Matter to be referred to U.S. District Judge for Evidentiary Hearing and Final Disposition Hearing.

 X Conditions of Release filed; Release Order filed; Personal Recognizance Order filed.

 X OTHER: Court and counsel heard re defendant's oral motion to release the defendant on his own personal recognizance with conditions; **GRANTED**.

At 10:00 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:    February 10, 2006       DEPUTY CLERK'S INITIALS:    Ce