IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Christopher Robert Louis Gleckler

CASE NO: 3:04-CR-00139-JWS

---

Defendant Christopher Robert Louis Gleckler,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_ Released to _____, the third party custodian(s).

\_\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_\_ Surrendered passport to the Clerk of Court.

__X__ Other: _____

Dated at Anchorage, Alaska this 10th day of February, 2006

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal