RECEIVED
FEB 1 4 2006
CLERK U.S. DISTRICT
ANCHORAGE AK

# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A04CR0139 JWS |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| Christopher Robert Louis Gleckler ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christopher Robert Louis Gleckler and bring him forthwith to the nearest Magistrate Judge to answer a probation violation petition charging him with two violations of his term of probation.

( **REDACTED SIGNATURE**

Joh
Chi...

2-05-06
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: 1285 Saunders Rd Anchorage AK | | |
| Date Received: 2/7/06 | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: 2/8/06 | John Aolson Jr DUSM | |