Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>                Defendant. | Case No. 3:04-cr-0139-JWS<br><br>NON-OPPOSED MOTION TO CONTINUE ADJUDICATION/ DISPOSITION HEARING<br>*Filed on Shortened Time* |

       Defendant, Christopher Robert Louis Gleckler, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a four-week delay of the adjudication/disposition hearing.  The hearing is set for February 22, 2006.  The new court date would be middle to late March 2006.

       This delay is requested to give Mr. Gleckler an opportunity to investigate the question of whether the conditions of supervision, as currently set, should be changed to accommodate Mr. Gleckler's mental health issues.  To do this, Mr. Gleckler will need to consult experts.  More time is necessary to achieve this end.

Plaintiff's counsel, Assistant United States Attorney Retta Rae Randall, has agreed to non-oppose this request.

DATED this 16th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on February 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni