UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>        Defendant. | No. 3:04-cr-0139-JWS<br><br>PROPOSED<br>ORDER CONTINUING ADJUDICATION/<br>DISPOSITION HEARING |

After due consideration of the defendant's motion to continue the adjudication/disposition hearing, for good cause shown, the motion is granted. The February 22, 2006, hearing date is vacated and reset for _____, 2006, at _____ a.m./p.m.

        DATED this \_\_\_\_ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge