UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>              Defendant. | No. 3:04-cr-00139-JWS<br><br>ORDER CONTINUING ADJUDICATION/ DISPOSITION HEARING |

After due consideration of the defendant's motion to continue the adjudication/disposition hearing, for good cause shown, the motion is granted. The February 22, 2006, hearing date is vacated and reset for Thursday, April 6, 2006, at 8:30 a.m..

DATED this 16th day of February, 2006, in Anchorage, Alaska.

                                                                  /s/John W. Sedwick<br>
                                                                   John W. Sedwick<br>
                                                United States District Court Judge