# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *CHRISTOPHER ROBERT LOUIS GLECKLER*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:04-cr-00139 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  February 22, 2006

The evidentiary hearing and any necessary disposition hearing set for April 6, 2006, at 8:30 a.m. are **VACATED** and hereby **CONTINUED** to **8:30 AM** on **April 18, 2006.**