Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER and RAYMOND VICTOR CHARLES,<br><br>    Defendant. | Case No. 3:04-cr-0139-JWS<br><br>**DEFENDANT'S PRE-DISPOSITION MEMORANDUM**, *filed on shortened time* |

    Defendant, Christopher Robert Louis Gleckler, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice of Mr. Gleckler's position for purposes of the disposition of the pending petition to revoke probation.  Mr. Gleckler opposes revocation.  He requests that the ACE requirement be replaced with a program that combines vocational or educational development with mental health treatment.

    At present, Mr. Gleckler is in compliance with mental health counseling through the services provided by Southcentral Counseling.  He sees Dr. Sampson, a psychiatrist, for medication, and Mr. Jim McGlaughlin, for clinical counseling.  It is

anticipated that Mr. McGlaughlin will attend the hearing tomorrow, and he can describe Mr. Gleckler's recent efforts to comply with mental health treatment and the long term potential for Southcentral Counseling to assist Mr. Gleckler with vocational placement.

DATED this 17th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on *, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni