PROB 12C
(7/93)

# United States District Court
### for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Probation

| | | |
|---|---|---|
| Name of Offender: Christopher Robert Louis Gleckler | | Case Number: A04CR0139 |
| Sentencing Judicial Officer: | John W. Sedwick, Chief U.S. District Court Judge | |
| Date of Original Sentence: | June 9, 2005 | |
| Original Offense: | Theft of U.S. Mail, 18 USC 1708 | |
| Original Sentence: | 5 years probation with special conditions | |
| Date Supervision Commenced: | June 9, 2005 | |
| Asst. U.S. Attorney: Retta-Rae Randall | | Defense Attorney: Michael Dieni |

RECEIVED JUL 03 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Special Condition of Supervision "The defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment approved by the U.S. Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program. The defendant shall take any psychotropic medications prescribed for him at the dosages and intervals prescribed by his health care provider," in that the defendant has failed to attend weekly mental health therapy sessions as required since May 30, 2007. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of probation should be:

[X]  Revoked
[ ]  Extended for _____ year(s), for a total term of _____ years.

[ ]  The conditions of probation should be modified as follows:

Respectfully submitted,

**REDACTED SIGNATURE**

Michael Pentangelo
Senior U.S. Probation Officer
Date: July 3, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer


THE COURT ORDERS

[X] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for probation revocation is referred to the Magistrate Judge for initial appearance only.*

[ ] The issuance of a summons. The petition for probation revocation is referred to the Magistrate Judge for initial appearance only.

[ ] Other:

**REDACTED SIGNATURE** for

John W. Sedwick
Chief U.S. District Court Judge

July 3, 2007
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case Number: A04CR0139 |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| Christopher Robert Louis Gleckler ) | |

I, Michael Pentangelo, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Christopher Robert Louis Gleckler, and in that capacity declare as follows:

The defendant was sentenced by Your Honor on June 5, 2005 to 5 years probation with special conditions for mental health treatment and medication compliance; cooperate in the collection of a DNA sample; search/seizure; and at the discretion of the probation officer, the defendant shall complete two years in the ACE program.

On April 18, 2006, the defendant was continued on supervision subsequent to a violation of supervised release alleging failure to comply with mental health treatment and failure to comply with the ACE Program. The defendant's conditions of supervision were further modified to detract the requirement to attend ACE, but to otherwise continue the endeavor to attend some sort of vocational training program or continue to seek/maintain employment.

On July 2, 2007, the probation officer contacted Lieutenant Koch of the Anchorage Police Department (APD) who advised that APD received a complaint from relatives/friends of the defendant that he may have kidnaped his grandfather, Jerry Roach. The pair have been reported missing under suspicious circumstances which are being investigated by APD under case number 32255.

The probation officer contacted the defendant's primary mental health clinician, Carolyn Phillips, at Anchorage Community Mental Health and learned that he has failed to attend weekly sessions since May 30, 2007.

The defendant has a documented history of psychiatric issues, including hospitalizations, which include aggressive behavior towards his grandfather, Jerry Roach.

Executed this 3rd day of July, 2007, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

REDACTED SIGNATURE
_____
Michael Pentangelo
Senior U.S. Probation Officer