MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs. CHRISTOPHER R. L. GLECKLER CASE NO. 3:04-CR-00139-JWS
Defendant: X Present   X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE:            TERRANCE W. HALL

DEPUTY CLERK/RECORDER:           CATHRINE CONKLIN

UNITED STATES' ATTORNEY:         STEPHEN COOPER

DEFENDANT'S ATTORNEY:            M.J. HADEN

U.S.P.O.:                        MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
Held: July 5, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:21 p.m. court convened.

X Defendant sworn.

X Copy of Petition given to defendant. X Waived reading.

X Defendant advised of violation allegations.

X Defendant advised of general rights. X Waived full advisement.

X Financial Affidavit **FILED**.

X Federal Public Defender accepted appointment.

X Defendant **DENIED** allegations  of the Petition For Warrant or Summons for Offender Under Probation.

X Defendant detained.

X Order of Detention Pending Trial **FILED**.


At 2:29 p.m. court adjourned.




DATE: July 5, 2007      DEPUTY CLERK'S INITIALS:   cxc