# United States District Court
## for the
## DISTRICT OF ALASKA

**RECEIVED**
JUL 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A04CR0139 |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Christopher Robert Louis Gleckler ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Christopher Robert Louis Gleckler and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

_Signature Redacted_ for

John W. Sedwick
Chief U.S. District Court Judge

July 3, 2007
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

FAIRBANKS PD   FAIRBANKS, AK

| Date Received: 07-03-07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 07-03-07 | DAVID LONG  SDUSM | |