Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>                Defendant. | Case No. 3:04-cr-0139-JWS-JDR<br><br>**NOTICE OF INTENT TO ADMIT** |

      Christopher R.L. Gleckler intends to admit the allegation contained in the petition to revoke probation at Docket No. 66.  He asks that the hearing be calendared at a date and time convenient to the court and counsel.  The probation service and the defendant intend to jointly propose that Mr. Glecker be released to the Cordova Center halfway house pending disposition.

///

///

///

///

DATED this 12th day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org

Certification:

I certify that on July 12, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Kevin F. McCoy