Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>          Defendant. | NO. 3:04-cr-00139-JWS<br><br>**ENTRY OF APPEARANCE** |

   Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant CHRISTOPHER ROBERT LOUIS GLECKLER in the above-captioned action.

   DATED at Anchorage, Alaska this 23rd day of July 2007.

         Respectfully submitted,

         /s/Kevin F. McCoy
         Assistant Federal Defender
         601 West Fifth Avenue, Suite 800
         Anchorage, AK 99501
         Phone:  907-646-3400
         Fax:   907-646-3480
         E-Mail:  kevin_mccoy@fd.org

Certification:
I certify that on July 23, 2007,
a copy of the *Entry of Appearance*
was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy