Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>    Defendant. | NO. 3:04-cr-00139-JWS<br><br>**CHRISTOPHER GLECKER'S DISPOSITION MEMORANDUM**<br><br>**(Filed On Shortened Time)** |

Christopher Glecker submits this memorandum to assist the court at the July 24, 2007, disposition hearing.  At disposition, Mr. Glecker will endorse the proposal jointly agreed to by the parties.  Placement of Mr. Glecker at the half-way house pending suitable housing is entirely appropriate.

Mr. Glecker does ask that his contact with Jerry Roach not be restricted.

The undersigned was contacted by Mr. Roach today.  Mr. Roach asked that there be no contact restrictions associated with the disposition in this matter.  Mr. Roach reports that he has been visiting with Mr. Glecker regularly at the Anchorage Jail since the latter's incarceration and

indicates that he hopes to have contact with Mr. Christopher after he is released to the halfway house. Mr. Roach wants Mr. Glecker to have an independent living arrangement and wants to assist him in the application process for Section 8 housing.

Mr. Roach readily acknowledged the comments he made to Mr. Pentangelo as reported in the probation officer's disposition memorandum. Mr. Roach indicates that he made those statements in anger and does not want a no contact order entered as a condition of Mr. Glecker's supervision.

Mr. Roach intends to appear at the disposition hearing to respond to any questions the court may have.

DATED at Anchorage, Alaska this 23rd day of July 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:          907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on July 23, 2007,
a copy of **Christopher Glecker's**
**Disposition Memorandum (Filed**
**on Shortened Time)** was served
electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy