MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __CHRISTOPHER GLECKLER__   CASE NO. 3:04-CR-00139-01-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     STEVE SKROCKI

DEFENDANT'S ATTORNEY:        KEVIN MCCOY

U.S.P.O.:                    MICHAEL PENTANGELO

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE PROBATION
(DKT 66) HELD 7/24/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:38 p.m. court convened.

_X_ Defendant **ADMITTED** allegation __1 of the Petition to Revoke Probation (Dkt 66).__

_X_ FINAL DISPOSITION HEARING:

   _X_ Probation continued.

_X_ OTHER: Defendant shall reside in a community correction facility/halfway house for a period not to exceed six (6) months as a condition of probation. During the period of probation, defendant may have contact with his grandfather over the telephone and in-person at the halfway house but may not leave the halfway house unless approved by the probation officer.

At 2:52 p.m. court adjourned.




DATE:      July 24, 2007        DEPUTY CLERK'S INITIALS:   SCL


Revised 6-18-07