
RECEIVED
JUL 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **3rd AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| CHRISTOPHER ROBERT LOUIS GLECKLER. | (Original Judgment filed 6/09/2005) |
| | Case Number: 3:04-CR-00139-01-JWS |
| | Kevin McCoy |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on __7/03/2007__ accusing defendant of __1__ violation of the conditions of supervision provided in the original judgment. Defendant __ADMITTED allegation 1 of the Petition to Revoke Probation__. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Failed To Attend Mental Health Therapy Sessions | 5/30/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to modification pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided on page 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JULY 24, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

7-25-07
Date

AO245.REV

Defendant: CHRISTOPER ROBERT LOUIS GLECKLER        3ʳᴰ Amended Judgment--Page 2 of 2
Case No.: 3:04-CR-00139-01-JWS

## PROBATION (MODIFIED)

Defendant's probation is modified as follows:

Defendant shall reside in a community correction facility/halfway house for a period not to exceed six (6) months as a condition of probation. During the period of probation, defendant may have contact with his grandfather over the telephone and in-person at the halfway house but may not leave the halfway house unless approved by the probation officer.

The term of supervision is not [_] is [_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV