## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 3:04-cr-00139-JWS |
| vs. | ) | <u>RELEASE ORDER</u> |
| CHRISTOPHER ROBERT LOUIS GLECKLER, | ) | |
| Defendant. | ) | |

Pursuant to the Judgment at docket 81, and given the availability of a bed at a Community Corrections Facility effective today, August 6, 2007,

**IT IS ORDERED**:

Defendant Christopher Robert Louis Gleckler is hereby **RELEASED** from custody into the custody of United States Probation Officer Pentangelo for transport to the Community Correction Facility to commence service of his sentence at the Community Correction Facility.

DATED at Anchorage, Alaska. this 6th day of August 2007.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE