```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. CHRISTOPHER ROBERT LOUIS GLECKLER
CASE NO.   3:04-CR-00139-01-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           MICHAEL DIENI - APPOINTED

U.S.P.O.:                       SCOTT KELLEY

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 85) HELD MARCH 26, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:39 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Defendant advised of general rights.

 X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegation 1 of the Petition to Revoke
   Supervised Release.

 X Matter was referred to U.S. District Judge for:
    X Evidentiary Hearing / Final Disposition Hearing

 X Defendant detained.

 X Order of Detention Pending Trial **FILED**.

 X OTHER: Court and counsel heard re defendant's oral motion to
 release the defendant with conditions; **DENIED**.

At 9:54 a.m. court adjourned.

DATE:       March 26, 2008       DEPUTY CLERK'S INITIALS:   AMK

Revised 6-18-07