AO 442  (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Christopher Robert Louis Gleckler

**WARRANT FOR ARREST**

Case Number: 3:04-CR-00139-01-JWS

RECEIVED
MAR 26 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Christopher Robert Louis Gleckler___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☒ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
a violation of a condition of probation.

in violation of Title ___N/A___ United States Code, Section(s) ___N/A___

John W. Sedwick
Name of Issuing Officer

Redacted Signature
Signature of Issuing Officer

Chief U.S. District Court Judge
Title of Issuing Officer

Anchorage
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

ARRESTED AT CORDOVA CENTER, ANCHORAGE

| DATE RECEIVED 03-24-08 | NAME AND TITLE OF ARRESTING OFFICER DREW ARNOLD  DUSM | SIGNATURE OF ARRESTING OFFICER  SDUSM |
|---|---|---|
| DATE OF ARREST 03-24-08 | | |