Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>　　　　Defendant. | NO. 3:04-cr-0139-JWS<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

Kevin McCoy hereby notifies the Court that he is no longer an active participant in *United States v. Christopher Robert Louis Gleckler*, Case No. 3:04-cr-0139-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED at Anchorage, Alaska this 28th day of March 2008.

　　　　Respectfully submitted,

　　　　/s/Kevin F. McCoy
　　　　Assistant Federal Defender
　　　　601 West Fifth Avenue, Suite 800
　　　　Anchorage, AK 99501
　　　　Phone:　　907-646-3400
　　　　Fax:　　　907-646-3480
　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on March 28, 2008,
a copy of the **Notice to Discontinue Electronic Service** was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Kevin F. McCoy