Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT LOUIS GLECKLER,<br><br>Defendant. | NO. 3:04-cr-00139-01-RRB<br><br>**NOTICE OF STIPULATION REGARDING ADJUDICATION AND DISPOSITION** |

   Comes now the defendant, Christopher Robert Louis Gleckler, by and through counsel Michael Dieni, Assistant Federal Defender, and provides notice of the following proposed agreed upon disposition.  Mr. Gleckler will admit to the proposed violation.  The parties agree that Mr. Gleckler should receive a disposition of six months to serve, with no supervision to follow.

   This proposed disposition is joined by Assistant U.S. Attorney Retta-Rae Randall and U.S. Probation Officer Scott Kelley.

DATED this 2nd day of April 2008.

Respectfully submitted,

/s/Michael D. Dieni
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    mike_dieni@fd.org

Certification:
I certify that on April 2, 2008
a copy of the **Notice of Stipulation Regarding Adjudication and Disposition**
was served electronically on:

Retta-Rae Randall
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: rettarae.randall@usdoj.gov

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Mike Dieni