MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. CHRISTOPHER ROBERT LOUIS GLECKLER
CASE NO. 3:04-CR-00139-01-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:      RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:         MICHAEL DIENI

U.S.P.O.:                     SCOTT KELLY

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 85) HELD APRIL 3, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened.

 X Defendant sworn.

 X Defendant stated true name:   Same as above   Age:    22

 X Defendant previously **ADMITTED** allegation 1 of the Petition to
   Revoke Supervised Release (DKT 85).

 X Supervised Release revoked.

 X Defendant imprisoned for a period of 6 months on allegation
   1 of the Petition to Revoke Supervised Release (DKT 85) with
   credit for time served.  NO TERM OF SUPERVISION TO FOLLOW.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re parties stipulation.

At 9:28 a.m. court adjourned.

DATE:    APRIL 03, 2008    DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07