**UNITED STATES DISTRICT COURT**
**District of Alaska**
4th

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or |
| vs. | Supervised Release) |
| | For Offenses Committed On or After |
| | November 1, 1987 |
| CHRISTOPHER ROBERT LOUIS GLECKLER | (Original Judgment filed 6/09/2005 |
| | Case Number: 3:04-CR-00139-01-RRB |
| | Michael Dieni |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on 3/24/2008 accusing defendant of 1 violation of the conditions of supervision provided in the original judgment.  Defendant ADMITTED Allegation 1 of the Petition to Revoke Supervised Release.  All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Failed to comply | 3/21/2008 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

APRIL 03, 2008
Date of Disposition Hearing

Signature Redacted

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

April 4, 2008
Date

AO245.REV

Defendant: CHRISTOPHER ROBERT LOUIS GLECKLER 4    Amended Judgment--Page 2 of 2
Case No.:    3:04-CR-00139-01-RRB

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 Months with credit for time served.

NO TERM OF SUPERVISION TO FOLLOW.

[_]  The court makes the following recommendations to the Bureau of
     Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this
     district,
                         a.m.
          [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                              _____
                                   United States Marshal

                              By _____
                                      Deputy Marshal


AO245.REV